# Exhibit 1

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

## I. CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE FIRST JUDICIAL CIRCUIT,
IN AND FOR ESCAMBIA COUNTY, FLORIDA

John Levitan Sr
Plaintiff

Case # ____________
Judge ____________

vs.
Gilead Sciences Inc., Gilead Sciences Ireland UC, Patterson, Belknapp, Webb & Tyler, LLP, Geoffrey Potter, Timothy Waters, Aron Fischer, Joshua Stein, Thomas Kurland
Defendant

---

## II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

## III. TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
- ☐ Business governance
- ☐ Business torts
- ☐ Environmental/Toxic tort
- ☐ Third party indemnification
- ☐ Construction defect
- ☐ Mass tort
- ☐ Negligent security
- ☐ Nursing home negligence
- ☐ Premises liability—commercial
- ☐ Premises liability—residential

☐ Products liability
☐ Real Property/Mortgage foreclosure
- ☐ Commercial foreclosure
- ☐ Homestead residential foreclosure
- ☐ Non-homestead residential foreclosure
- ☐ Other real property actions

☐Professional malpractice
- ☐ Malpractice—business
- ☐ Malpractice—medical
- ☐ Malpractice—other professional

☒ Other
- ☐ Antitrust/Trade regulation
- ☐ Business transactions
- ☐ Constitutional challenge—statute or ordinance
- ☐ Constitutional challenge—proposed amendment
- ☐ Corporate trusts
- ☐ Discrimination—employment or other
- ☐ Insurance claims
- ☐ Intellectual property
- ☒ Libel/Slander
- ☐ Shareholder derivative action
- ☐ Securities litigation
- ☐ Trade secrets
- ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

5

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ John Levitan  Fla. Bar #
Attorney or party  (Bar # if attorney)

John Levitan  09/02/2024
(type or print name)  Date

**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT**
**IN AND FOR ESCAMBIA COUNTY, FLORIDA**

JOHN D. LEVITAN, SR.,

Plaintiff,

v. CASE NO.

GILEAD SCIENCES, INC.
GILEAD SCIENCES IRELAND UC
PATTERSON, BELKNAPP, WEBB & TYLER, LLP,
a New York Limited Liability Partnership,
GEOFFREY POTTER, an Individual,
TIMOTHY ALAN WATERS, an Individual,
ARON FISCHER, an Individual,
JOSHUA STEIN, an Individual,
THOMAS P. KURLAND, an Individual,
Defendant(s), Jointly and Severally

Defendant(s).

_____________________________________________/

**COMPLAINT**

**COMES NOW**, the Plaintiff, JOHN D. LEVITAN, SR., by and through himself, and files this Complaint against the Defendant(s), GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC, PATTERSON, BELKNAPP, WEBB & TYLER, LLP, a New York Limited Liability Partnership, GEOFFREY POTTER, an Individual, TIMOTHY ALAN WATERS, an Individual, ARON FISCHER, an Individual, JOSHUA STEIN, an Individual, and alleges as follows:

**PARTIES**

1. Plaintiff JOHN LEVITAN, SR. is an individual residing at 511 Windrose Circle, Pensacola, FL. 32507 in Escambia County, Florida.

2. Defendant(s) GILEAD SCIENCES, INC. is a public corporation organized under the

laws of the State of Delaware with its' principal place of business at 333 Lakeside Drive, Foster City, California 94404.

3. Defendant(s) GILEAD SCIENCES IRELAND UC ("Gilead Ireland") is a private unlimited company organized under the laws of Ireland, with its principal place of business at IDA Business & Technology Park, Carrigtohill, Co. Cork, Ireland. Gilead Sciences, Inc. is the ultimate parent of Gilead Ireland.

4. Defendant(s) PATTERSON, BELKNAPP, WEBB & TYLER, LLP, is a New York Limited Liability Partnership, with its principal office located at 1133 Avenue of the Americas, New York, NY 10036-6710.

5. Defendant(s) GEOFFREY POTTER is an individual and can be located at 1133 Avenue of the Americas, New York, NY 10036-6710.

6. Defendant(s) TIMOTHY ALAN WATERS is an individual and can be located at 1133 Avenue of the Americas, New York, NY 10036-6710.

7. Defendant(s) ARON FISCHER is an individual and can be located at 1133 Avenue of the Americas, New York, NY 10036-6710.

8. Defendant(s) JOSHUA STEIN is an individual and can be located at 1133 Avenue of the Americas, New York, NY 10036-6710.

9. Defendant(s) THOMAS P. KURLAND is an individual and can be located at 1133 Avenue of the Americas, New York, NY 10036-6710.

**JURISDICTION AND VENUE**

10. This Court has jurisdiction over the subject matter of this action pursuant to Article V, Section 5 of the Florida Constitution and Chapter 26 of the Florida Statutes.

11. Venue is proper in Escambia County, Florida, pursuant to Florida Statutes § 47.011, as the causes of action arose in Escambia County, Florida.

12. The damages subject of this action exceeds $50,000.00.

**STATEMENT OF FACTS**

13. Defendant(s) have defamed and damaged the Plaintiff by making false statements known to be untrue and released or otherwise published that information to the media to defame and destroy the Plaintiff's good standing in the community, harm his business affairs, and to do him harm with false pretenses of assisting "Big Pharma" and trampling the Florida Constitutional and US Constitutional rights of the Plaintiff.

14. Defendant(s) and Thomas Kurland surreptitiously stole data, property from the Plaintiff so that they could gain access onto Plaintiff's private property by using stolen gate codes to enter clearly marked private property for the purpose of harming Plaintiff.

15. At all relevant times hereto, the Defendant(s) were private individuals having no governmental authority to intrude on the Plaintiffs right of privacy, right to free speech and association, right to protections against unlawful search and seizure, and trespassed on Plaintiff's private property clearly marked as no trespassing residents and guests only.

16. Defendant(s) have defamed Plaintiff, have violated clear and established principles of US and Florida Constitutional protections, committed libel and slander by making the following false, accusatory and defamatory statements, publishing them to the public, that were subsequently and purposely spread and made available to the news media to wit:

a. Defendant(s) John Levitan is an individual residing in Pensacola, Florida. John Levitan managed, supervised, ratified, and/or personally participated in the trafficking of counterfeit Gilead HIV and other medications. As alleged herein, John Levitan managed and directed an enterprise dedicated to the sale of counterfeit Gilead HIV medication accompanied by counterfeit and fraudulent documentation.

b. Leader Defendant(s) John Levitan like his co-Leader Defendant(s), John Levitan managed the relationship between Supplier Defendant(s) and Distributor Defendant(s), and is responsible for tens of thousands of bottles of counterfeit Gilead-branded *HN* medication being sold into the U.S. distribution stream.

c. But unlike the other Leader Defendant(s), Levitan is also directly connected to the Kingpin Defendant(s), and knew them beyond their pseudonyms. Levitan and Kingpin Defendant(s) Hernandez know each other well, and both serve or served as executives of the same Florida- based boat company. In fact, Levitan is responsible for introducing Hernandez - known only as "Rob" to everyone else - to Distributor Defendant(s) Safe Chain and Worldwide Pharma.

d. Levitan is also a money-laundering expert and has a central role in the counterfeiting conspiracy's complex money-laundering apparatus. Levitan is a convicted felon who spent 14 years in prison on money laundering charges. Among the evidence introduced against Levitan was the fact that he offered a detailed plan to an undercover IRS agent to launder what Levitan thought was $1 million in illegal narcotics profits. Since his release from prison in 2007, Levitan has formed or been named the principal of over 40 different Florida corporate entities, almost of all them registered to the same address in Pensacola, Florida, and approximately a dozen of which purport to be in the medical field.

e. Levitan also performed duties for the conspiracy similar to his co-Leader Defendant(s). For example, Levitan was the primary contact for Supplier Defendant(s) Synergy Group Wholesaler LLC and its principal, Defendant(s) Carlos Vega. For example, a May 2021 email concerning Synergy states: "I believe you know John [Levitan]. . . . John is going to be involved with inventory and acquisition . . . . Feel free to discuss things with him. Nothing else will change on the Po's [sic] and payments and such." And the following month, Levitan followed up with Defendant(s) Vega, the principal of Synergy, in writing: "We are looking for [more] inventory and I wanted to speak to you, to lock in an agreement for future orders."\

f. Under Levitan's direction, Synergy supplied a large volume of counterfeits to Safe Chain, selling millions of dollars of Gilead-branded medications with clearly counterfeit pedigrees.

g. Levitan was also involved in managing Supplier Defendant(s) Invicta's relationship with Safe Chain. On May 21, 2021, Invicta's owner on paper, Defendant(s) Jorge Caba, emailed Levitan and Brosius, writing, "Here is a copy of how the t3 [i.e., the pedigree] is gonna look like. SafeChain address it not on the paper because I dont have it, but it will be there. Thank you for the opportunity." A few days later, on May 25, 2021, Caba sent a copy of Invicta's state distribution license directly to Levitan.

h. Levitan also introduced at least one other intended supplier of counterfeits to Safe Chain, but this Court enjoined Safe Chain's purchase and sale of Gilead products before that new supplier made a sale.

*See Exhibit A Applicable Pages of Documents, Exhibit B News Media Accounts.*

17. On August 17, 2022, Defendant(s) and Thomas Kurland unlawfully gained entry and entered the Plaintiffs private home and personal residence which were accessed by his co-conspirators through an unlocked back door of the house without a warrant and began rummaging through the Plaintiff's house to seek and surreptitiously search throughout the Plaintiff's house material to be used in the civil litigation which Defendant(s) had travelled to for the purpose of acting like a governmental authority to break in to the Plaintiff's house.

18. On August 17, 2022 Defendant(s) alleged they had a Summons addressed to the Plaintiff but in actuality had another Summons addressed to another person unknown to the Plaintiff.

19. Defendant(s) elicited the assistance of local deputies to say they had a Summons for the Plaintiff that was not even addressed to him when they clearly did not have a Summons addressed to the Plaintiff to gain unlawful entry.

20. The Summons that Defendant(s) had was not addressed to him but was to be served on another individual named in the Summons that was delivered to 511 Windrose Circle, Pensacola, Florida.

21. Defendant(s) trespassed on Plaintiff's personal property and entered his house without his consent, without probable cause, without any government agency having requested a warrant and no Court permitting them to enter his house based on an application for a warrant.

22. To continue to cover up and perpetuate their lies, and the broad conspiracy being perpetrated by the Defendant(s), that brought them to Pensacola, Defendant(s) on September 2, 2022, filed a false Affirmation of Service (ECF No. 687) in the United States District Court for the

Eastern District of New York (the "First Affidavit") whereby Ryan Robinson ("Robinson") an Escambia County Deputy declared under penalty of perjury that the Defendant(s) was served by leaving a copy of the Pleadings with someone of suitable age and discretion who resides there.

23. A video was later obtained by the Plaintiff that clearly showed that where Robinson had stated under penalties of perjury that the Plaintiff had identified himself, when in fact the video shows and sounds clearly that at no time did the Plaintiff identify himself, and at the time the Plaintiff was in Dubai, UAE on business.

24. After the fake Affirmation of Service was discovered by Plaintiff, Defendant(s) inexplicably on October 21, 2022, filed another fake Affirmation of Service (ECF No. 823) (the "Second Affidavit") completely changing how service of process was effectuated upon the Plaintiff. These actions were meant to cover-up their perjured testimony and filings in records, documents, and their statements made against the Plaintiff. As stated in the Second Affidavit, service was effectuated by placing a copy of the Pleadings on his doorstep and providing copies to a paralegal, Sonya Dobbs ("Dobbs"), from the law firm of Beggs & Lane, RLLP. The search of Plaintiff's home was conducted without a warrant, consent, or exigent circumstances justifying a warrantless search.

25. Defendant(s)'s actions have violated Plaintiff's rights under the Fourth Amendment to the United States Constitution and Article I, Section 12 of the Florida Constitution that guards against unlawful searches and seizures providing: "The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue except upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized."

26. Defendant(s)'s actions have violated Plaintiff's rights under the First Amendment to the United States Constitution and under the Florida Constitution, of the right to privacy as provided by Article I, Section 23 that guards against invasion of the right to privacy providing:: "Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein."

27. Defendant(s)'s actions have violated Plaintiff's rights under the First Amendment to the United States Constitution and under the Florida Constitution, of the right to freedom of association and the right to freedom of speech as provided by Right to Assemble, and Protection of Speech Article I, Section 4 and 5 protects the right to gather peacefully encompassing the broader concept of freedom of association that guards against unwarranted invasion of Plaintiff's right to talk and meet with people.

28. These false statements made by Defendant(s) were made to third parties, were published, and have caused harm to Plaintiff's reputation.

29. Defendant(s) knew or should have known that these statements were false or acted with reckless disregard for the truth.

**COUNT I**
**VIOLATION OF CIVIL RIGHTS WARRANTLESS SEARCH BY PRIVATE PERSONS**

30. Plaintiff re-alleges and incorporates by reference paragraphs the preceding paragraphs as if fully set forth herein.

31. Defendant(s), acting under color of state law, violated Plaintiff's civil rights by conducting an unlawful search of Plaintiff's home in violation of the Fourth Amendment to the United States Constitution and Article I, Section 12 of the Florida Constitution which provides for the right to be protected by unlawful search and seizure by providing "The right of the people to be secure in

their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue except upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized."

32. As a direct and proximate result of Defendant(s)'s unlawful search, Plaintiff has suffered damages, including emotional distress, invasion of privacy, and other harm and Plaintiff demands Judgment for damages, punitive damages, costs of the action and attorneys fees.

**COUNT II**
**<u>VIOLATION OF CIVIL RIGHTS RIGHT TO PRIVACY</u>**

33. Plaintiff re-alleges and incorporates by reference paragraphs the preceding paragraphs as if fully set forth herein.

34. Defendant(s), acting under color of state law, violated Plaintiff's civil rights by conducting an unlawful search of Plaintiff's home and negating the Plaintiff's Right to Privacy in violation of the Fourth Amendment to the United States Constitution and Article I, Section 23 of the Florida Constitution which provides for the right to privacy by providing "Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein."

35. As a direct and proximate result of Defendant(s)'s unlawful search, Plaintiff has suffered damages, including emotional distress, invasion of privacy, and other harm and Plaintiff demands Judgment for damages, punitive damages, costs of the action and attorney's fees.

**COUNT III**
**<u>VIOLATION OF CIVIL RIGHTS FREEDOM OF SPEECH AND ASSOCIATION</u>**

36. Plaintiff re-alleges and incorporates by reference paragraphs the preceding paragraphs as if fully set forth herein.

37. Defendant(s), acting under color of state law, violated Plaintiff's civil rights by making false and fraudulent statements in order to prevent the Plaintiff from speaking with other individuals and to curtail his right to speech search of Plaintiff's home and negating the Plaintiff's Right to Privacy in violation of the Fourth Amendment to the United States Constitution and Article I, Section 23 of the Florida Constitution which provides for the right to privacy by providing "Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein."

38. As a direct and proximate result of Defendant(s)'s unlawful search, Plaintiff has suffered damages, including emotional distress, invasion of privacy, and other harm Plaintiff demands Judgment for damages, punitive damages, costs of the action and attorney's fees.

**COUNT IV**
**LIBEL**

39. Plaintiff re-alleges and incorporates by reference paragraphs the preceding paragraphs as if fully set forth herein.

40. Defendant(s) made false and defamatory statements about Plaintiff, which were published to third parties.

41. The statements were untrue, harmful to Plaintiff's reputation, and made with actual malice or with reckless disregard for their truth or falsity.

42. As a direct and proximate result of Defendant(s)'s defamatory statements, Plaintiff has suffered damages, including damage to reputation, emotional distress, and other harm and Plaintiff demands Judgment for damages, punitive damages, costs of the action and attorney's fees.

**COUNT V**
**SLANDER**

17. Plaintiff re-alleges and incorporates by reference paragraphs the preceding paragraphs as if fully set forth herein.

18. Defendant(s) made spoken false and defamatory statements about Plaintiff to third parties.

19. These statements were made with the intent to harm Plaintiff's reputation or with reckless disregard for the truth.

20. As a direct and proximate result of Defendant(s)'s slanderous statements, Plaintiff has suffered damages, including damage to reputation, emotional distress, and other harm and Plaintiff demands Judgment for damages, costs of the action and attorney's fees.

**DEMAND FOR JURY TRIAL**

21. Plaintiff demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for the following relief:

i. For compensatory damages in an amount to be determined at trial;
ii. For punitive damages;
iii. For an award of costs, including reasonable attorney's fees;
iv. For such other and further relief as the Court deems just and proper.

Dated: September 2, 2024

Respectfully submitted,

/s/ John D. Levitan, Sr.

John D. Levitan, *pro se*
511 Windrose Circle
Pensacola, FL. 32507
Telephone: +1 (850) 497-2724
Primary Email: jdlsr@gileadfraud.com
Secondary Emails: legal@gileadfraud.com

268. As with the other Leader Defendants, Dunn also helped recruit pharmacies to purchase the counterfeit HIV medication he was supplying to Scripts, and was paid an additional cut of the counterfeiting proceeds based on those sales to pharmacies.

269. Dunn operated in part through two companies he wholly owned: newly named Defendants Pharmacy Consulting Services Inc. and PCSIONE LLC. Mr. Dunn received his cut of the counterfeiting proceeds through PCSIONE LLC. And Dunn conducted business with Scripts under the name of, and using the email signature for his other company, Pharmacy Consulting Services, Inc.

**5. Leader Defendant John Levitan**

270. Like his co-Leader Defendants, John Levitan managed the relationship between Supplier Defendants and Distributor Defendants, and is responsible for tens of thousands of bottles of counterfeit Gilead-branded HIV medication being sold into the U.S. distribution stream.

271. But unlike the other Leader Defendants, Levitan is also directly connected to the Kingpin Defendants, and knew them beyond their pseudonyms. Levitan and Kingpin Defendant Hernandez know each other well, and both serve or served as executives of the same Florida-based boat company. In fact, Levitan is responsible for introducing Hernandez – known only as "Rob" to everyone else – to Distributor Defendants Safe Chain and Worldwide Pharma.

272. Levitan is also a money-laundering expert, and has a central role in the counterfeiting conspiracy's complex money-laundering apparatus. Levitan is a convicted felon who spent 14 years in prison on money laundering charges. Among the evidence introduced against Levitan was the fact that he offered a detailed plan to an undercover IRS agent to launder what Levitan thought was $1 million in illegal narcotics profits. Since his release from prison in

2007, Levitan has formed or been named the principal of over 40 different Florida corporate entities, almost of all them registered to the same address in Pensacola, Florida, and approximately a dozen of which purport to be in the medical field.

273. Levitan also performed duties for the conspiracy similar to his co-Leader Defendants. For example, Levitan was the primary contact for Supplier Defendant Synergy Group Wholesaler LLC and its principal, Defendant Carlos Vega. For example, a May 2021 email concerning Synergy states: "I believe you know John [Levitan]. . . . John is going to be involved with inventory and acquisition . . . . Feel free to discuss things with him. Nothing else will change on the Po's [sic] and payments and such." And the following month, Levitan followed up with Defendant Vega, the principal of Synergy, in writing: "We are looking for [more] inventory and I wanted to speak to you, to lock in an agreement for future orders."

274. Under Levitan's direction, Synergy supplied a large volume of counterfeits to Safe Chain, selling millions of dollars of Gilead-branded medications with clearly counterfeit pedigrees.

275. Levitan was also involved in managing Supplier Defendant Invicta's relationship with Safe Chain. On May 21, 2021, Invicta's owner on paper, Defendant Jorge Caba, emailed Levitan and Brosius, writing, "Here is a copy of how the t3 [*i.e.*, the pedigree] is gonna look like. SafeChain address it not on the paper because I dont have it, but it will be there. Thank you for the opportunity." A few days later, on May 25, 2021, Caba sent a copy of Invicta's state distribution license directly to Levitan.

276. Levitan also introduced at least one other intended supplier of counterfeits to Safe Chain, but this Court enjoined Safe Chain's purchase and sale of Gilead products before that new supplier made a sale.

## G. THE MARKETER DEFENDANTS: DEFENDANTS ZANGARI, MASSANA, PANAGIOTOPOULOS, AND STREAMLINERX SELL THE COUNTERFEITS ON BEHALF OF THE DISTRIBUTOR DEFENDANTS

277. The Leader Defendants not only provided the Distributor Defendants access to a stable of counterfeit suppliers, but they also provided the sales force to sell those counterfeits to pharmacies. The heads of the sales force were referred to as "the Canadian Boys": Defendants Mike Zangari, Riccardo Massana, and John Panagiotopoulos, all of whom live in Canada (together, the "Marketer Defendants"). The Marketer Defendants were responsible for managing the sales force that advertised and sold counterfeits to pharmacies on behalf of, at minimum, Distributor Defendants Safe Chain, ProPharma, and Scripts. The Marketer Defendants were organized and operated under the direction of the Leader Defendants.

278. In February 2021, when ProPharma first joined the counterfeiting scheme, all three of the Marketer Defendants were on an initial kick-off call with Leader Defendants Ralhan and Rosell, as well as a follow-up email chain with the subject line "ProPharma – HIV introduction." All three of the Marketer Defendants managed ProPharma's sales of the counterfeits by receiving emails through the distribution group RXorders@propharmausa.com. Each of the Marketer Defendants sold purported Gilead products to pharmacies on ProPharma's behalf. These medications were counterfeits, bearing falsified pedigrees, falsified instructions for use, and in some cases, containing fake pills.

279. Defendants Zangari and Panagiotopoulos were also responsible for selling counterfeits on behalf of Safe Chain. Along with Leader Defendant Ralhan, Zangari and Panagiotopoulos shared an email address, brands@pharmasales.com, through which they submitted pharmacy orders to Safe Chain. Zangari, Panagiotopoulos, and Ralhan split the kickback for Safe Chain's sales of counterfeits among the three of them.

pensacola news journal

NEWS

# Pensacola businessman alleged to be 'leader' in HIV drug counterfeit ring, lawsuit says



**Jim Little**
Pensacola News Journal

Published 9:32 a.m. CT Oct. 18, 2022 | **Updated 11:31 a.m. CT Oct. 18, 2022**

A Pensacola businessman was named as a defendant in a sprawling lawsuit seeking to halt an alleged expansive criminal HIV drug counterfeiting network.

Last month, Gilead Sciences named John Levitan, along with more than 50 other defendants, in a lawsuit that alleges Levitan was a "leader" in a network that sold more than $230 million in counterfeit HIV drugs.

Levitan is a partner in Streamline Boats of Northwest Florida, which holds a lease with the Port of Pensacola to rehabilitate two port warehouses and set up a boat manufacturing company at the port.

**Behind the company:** Who is Streamline Boats of Northwest Florida? Here's what we know

**Lawsuit over control of SPG:** With $53 million Triumph grant on table, will Streamline hold up its end of the bargain?

The lawsuit was filed in July, but many of the defendants remained anonymous until Sept. 28, when an amended complaint was unsealed in the U.S. District Court of Eastern New York.

In August, the federal court in New York froze the assets of many of the defendants in the lawsuit, including Levitan.

## What the Gilead Sciences lawsuit claims happened

Gilead manufactures several HIV drugs that treat or prevent the spread of the deadly virus.

The company alleges in its lawsuit that the counterfeit network was set up to illegally buy Gilead-manufactured drugs off the street, taking advantage of low-income and homeless people. The drugs were then repackaged and, in some cases, relabeled and sold to pharmaceutical suppliers through "fly-by-night" shell companies across the country.

The suit alleges that bottles of the powerful antipsychotic drug Seroquel were sold in bottles labeled as anti-HIV drugs.

**Facing eviction:** Streamline Boats facing eviction in Hialeah. Pensacola factory in doubt after owner change

The complex scheme involved forging documents, known as pedigrees, that federal law requires to go along with drugs to prove the legal chain of custody back to the manufacturer, according to the lawsuit.

In at least one case, federal prosecutors said during a court hearing in July in an ongoing prosecution of one of the "kingpins" in the conspiracy, that a woman took what she believed was an HIV drug but turned out to be Seroquel and had difficulty walking and nearly lost consciousness, according to court documents.

## Connections to Streamline Boats and South Palafox Group

Gilead identified two "kingpin" defendants it said were at the top of the conspiracy, Lazaro Hernandez and Armando Herrera, both Florida residents.

Hernandez was a former corporate officer of Streamline Performance Boats and a business partner with Levitan.

Levitan partnered with Hernandez and others to form Streamline Boats of Northwest Florida, a sister company of the Miami-based Streamline, and is the company that holds the lease at the Port of Pensacola.

Levitan was also a principal in the South Palafox Group, a local investment firm that was in control of the infamous Rolling Hills landfill in Wedgewood.

Questions over the ownership of Streamline arose earlier this year when its Miami landlord moved to foreclose on the Hialeah factory, and the company's two founders were removed from corporate filings with the state of Florida.

Hernandez had been delisted as a corporate officer in public filings with the company a year earlier, and in the same 2021 filing, Levitan was added as an executive vice president at the Hialeah company.

In July, Hernandez was arrested and charged with conspiracy, wire fraud and money laundering by federal law enforcement in connection to the HIV drug counterfeiting scheme.

While Hernandez is the only individual charged in connection with the counterfeiting scheme so far, much of the court document in the case remains under seal.

It appears that his case will head to a trial after the holidays.

Hernandez is also facing another federal indictment in a similar but separate drug counterfeiting scheme in South Florida with 14 other people who federal prosecutors say ran from 2013 to 2019. Eight people, in that case, have pleaded guilty.

## Lawsuit alleges Levitan was involved in managing supply of counterfeit drugs

Gilead's lawsuit labeled Levitan as one of two "leader" defendants who managed the flow of counterfeit drugs between suppliers and distributors involved in the conspiracy, and Levitan was the only one of the dozens of defendants who knew the true identity of Hernandez.

"Levitan and Kingpin Defendant Hernandez know each other well, and both serve or served as executives of the same Florida-based boat company," the lawsuit said. "In fact, Levitan is responsible for introducing Hernandez – known only as 'Rob' to everyone else – to Distributor Defendants Safe Chain and Worldwide Pharma."

Levitan was not immediately available for comment Monday.

The complaint points out that Levitan has already been convicted of money laundering once in the 1990s when an undercover Internal Revenue Service agent busted Levitan in a scheme to launder $1 million in illegal narcotics profits.

The complaint notes that since his release from prison in 2007, Levitan has been listed as a corporate officer in more than 40 different Florida corporations.

The complaint alleges that Levitan was directly involved in managing the supply of the counterfeit drugs and quotes from emails where Levitan asked for more "inventory." In another email, another defendant sent Levitan a draft of a forged pedigree that would be used to sell the drugs, noting the correct addresses would be added later.

## What has happened since lawsuit was filed

A seizure order for all material related to Gilead from the defendants' homes was issued on Aug. 11. The court authorized federal law enforcement to execute the seizure order. Levitan's Pensacola home was included on the list.

On Aug. 19, Levitan was removed as a corporate officer in filings with the state of Florida on at least two companies he was an officer in, Streamline Boats of Northwest Florida and Invictus Holdings.

Levitan has not officially responded to the lawsuit, but court documents show he was served with the lawsuit Aug. 23.

Gilead warned consumers in January of the counterfeit drugs, saying it had discovered more than 85,000 bottles that had forged pedigrees.

The lawsuit lays out an exhaustive investigation into the network. For example, to identify Hernandez, who describes himself as a professional gambler, the company subpoenaed geolocation data of "burner" phones used as part of the conspiracy and cross-referenced that data with subpoenaed flight records of a private jet "high roller" flight offered by a Las Vegas casinos to connect Hernandez to the burner phone.

Gilead appears to be turning over much of its investigation to federal law enforcement officials.

"Gilead will continue to work closely with the U.S. Food and Drug Administration (FDA), pharmacies, and the Department of Justice to remove counterfeit and tampered medication from circulation and to prevent future distribution of counterfeit medications," the company said in a press release in September.

*Jim Little can be reached at jwlittle@pnj.com and 850-208-9827.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GILEAD SCIENCES, INC., *et al.*, Plaintiffs, | : | Case No. 21-cv-4106 (AMD) (RER) |
| v. | : | **FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)** |
| SAFE CHAIN SOLUTIONS, LLC, *et al.*, Defendants. | : | **AFFIRMATION OF SERVICE** |

I, Ryan Robinson, declare under penalty of perjury that, on August 17, 2022, I served a copy of the following documents upon John Levitan by leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there:

- Fourth Amended Complaint (and supporting exhibits)
- Ex Parte Motion for Relief
- Memorandum of Law in Support of Ex Parte Motion (and supporting exhibits)
- Order Granting Leave to File Fourth Amended Complaint (Dkt. No. 626)
- Order Granting Asset Freeze Against Newly Named Defendants (Dkt. No. 627)
- Order Granting Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction (Dkt. No. 628)
- Order Granting Seizure Order (Dkt. No. 629)
- Summons and Summons Rider, dated August 11, 2022

Case 3:21-cv-04775-MCR-GRJ Document 687 Filed 09/12/22 Page 23 of 46 PageID #15815

In addition to physical copies of the above documents, I also served a copy of the above documents and the below documents via USB drive and a link to a secure file-sharing website:

- Declaration of Geoffrey Potter (and supporting exhibits)
- Declaration of Susmitha Sunkara (and supporting exhibits)
- Declaration of Hannah Coleman (and supporting exhibits)
- Declaration of Harpreet Dhanota
- Declaration of Patrick McAllister
- Declaration of Dawn Cento
- Declaration of Amanda LaFretta
- Declaration of Gabriel Calderon
- Declaration of Robert Wigley

Dated: Pensacola, Florida
August 23, 2022

ECSO 82

Ryan Robinson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GILEAD SCIENCES, INC., *et al.*,

Plaintiffs,

v.

SAFE CHAIN SOLUTIONS, LLC, *et al.*,

Defendants.

--------------------------------------------------------------- x

Case No. 21-cv-4106 (AMD) (RER)

**AFFIRMATION OF SERVICE UPON JOHN LEVITAN**

I, Ryan Robinson, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a Sergeant in the Warrants Division of the Escambia County Sheriff's Office in Escambia County, Florida. I am over 18 years of age and am not a party to this action.

2. On August 18, 2022, I provided law enforcement support to the attorneys for Plaintiffs in the above-captioned action during a Court-ordered civil seizure at John Levitan's residence, located at 511 Windrose Circle, Pensacola, Florida 32507.

3. When I, my team of Sherriff's deputies, and Plaintiffs' attorneys first arrived at the seizure location at approximately 8:15 AM, no one was present, though after I rang the doorbell, I was able to communicate with an individual through an intercom who introduced himself as John Levitan. Mr. Levitan told us no one was presently inside the premises, and instructed us to contact his attorneys at the law firm of Beggs & Lane, RLLP.

4. I then observed one of Plaintiffs' attorneys, who was present with me and overheard Mr. Levitan's instructions, promptly place a phone call to Beggs & Lane, RLLP.

5. Immediately thereafter, at approximately 8:20 AM, I effectuated service upon John Levitan pursuant to the Court's Seizure Order (ECF No. 629 at 10) by leaving a copy of

each of the foregoing papers in a conspicuous place at the premises—to wit: upon the doorstep:

- Fourth Amended Complaint (and supporting exhibits)
- Ex Parte Motion for Relief
- Memorandum of Law in Support of Ex Parte Motion (and supporting exhibits)
- Order Granting Leave to File Fourth Amended Complaint (Dkt. No. 626)
- Order Granting Asset Freeze Against Newly Named Defendants (Dkt. No. 627)
- Order Granting Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction (Dkt. No. 628)
- Order Granting Seizure Order (Dkt. No. 629)
- Summons and Summons Rider, dated August 11, 2022

6. Within approximately 30 minutes, at or about 8:50 AM, a middle-aged woman of slight build and average height with brown hair who identified herself as Sonya Dobbs, a paralegal at the law firm of Beggs & Lane, RLLP, arrived at the seizure location and introduced herself as a representative of Mr. Levitan. I deemed Ms. Dobbs to be "a person of suitable age found at the premises," pursuant to the Court's Seizure Order (ECF No. 629 at 10), and handed her copies of the aforementioned previously-served papers. Ms. Dobbs accepted them.

7. In addition to physical copies of the above documents, I also served by the same means and at the same time a copy of the above documents and the below documents via USB drive and a link to a secure file-sharing website:

- Declaration of Geoffrey Potter (and supporting exhibits)
- Declaration of Susmitha Sunkara (and supporting exhibits)
- Declaration of Hannah Coleman (and supporting exhibits)
- Declaration of Harpreet Dhanota
- Declaration of Patrick McAllister
- Declaration of Dawn Cento
- Declaration of Amanda LaFretta
- Declaration of Gabriel Calderon
- Declaration of Robert Wigley

8. I signed a prior Affirmation of Service in this case on August 23, 2022, which I understand was filed with the Court on September 2, 2022 (ECF No. 687). It has now come to

my attention that in that Affirmation, I erroneously attested that the date of service was August 17, 2022. This was a clerical error. I have reviewed my log book and can confirm with certainty that the correct date of both the seizure and attendant service upon Mr. Levitan—which I initially described in my August 23, 2022 Affirmation and have now elaborated more fully herein—was August 18, 2022.

Dated: Pensacola, Florida
October 21, 2022

SGT. RYAN ROBINSON

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**
**CIVIL DIVISION**

**JOHN LEVITAN S**
Plaintiff,

CASE NO.: **2024 CA 001164**

VS.

DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC, et al.**
Defendant(s),

**AMENDED ORDER TO PLAINTIFF REGARDING REQUIRED REPORTING**

THIS CAUSE, having come before the Court *sua sponte* upon the filing of this action and pursuant to First Judicial Circuit Administrative Order No. 2021-12, it is hereby,

ORDERED and ADJUDGED that the Plaintiff **shall** do the following:

1. Review and become familiar with First Judicial Circuit Administrative Order No. 2021-12 (Civil Case Management Plan).

2. Within 5 days of service of the complaint on the last of all named Defendants file a Notice of Final Service with the Court that includes the following:
   a. Notice that the last of all named Defendants to be served has been served and the date of said service.
   b. A proposal as to whether the case is complex under Fla. R. Civ. P. 1.201, streamlined, or general as defined in First Judicial Circuit Administrative Order No. 2021-12 and a statement as to whether the Defendant concurs in the proposed designation.

3. Upon filing the Notice of Final Service required in paragraph 2, the Plaintiff shall also send a copy of said Notice to the **assigned** Judge's Judicial Assistant via the Proposed Documents function of the ePortal.

4. Failure of the Plaintiff to strictly comply with this Order shall subject the Plaintiff to appropriate sanctions including, but not limited to, the striking of pleadings or dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Pensacola, Florida this 4th day of August, 2021

**/s/ Jan Shackelford**

JAN SHACKELFORD
ADMINISTRATIVE JUDGE
ESCAMBIA COUNTY

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**

PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**

DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.

DEFENDANT,

## SUMMONS PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT: **THOMAS P KURLAND**
**1133 AVENNUE OF AMERICAS**
**NEW YORK, NY 10036**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos , sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saiais par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au " Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY: **JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**
PAM CHILDERS
CLERK OF THE CIRCUIT COURT
By: ______________________
Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**

PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**

DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.

DEFENDANT,

**SUMMONS PERSONAL SERVICE ON A NATURAL PERSON**

TO DEFENDANT: **JOSHUA STEIN**
**1133 AVENUE OF AMERICAS**
**NEW YORK, NY 10036**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos , sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l 'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saiais par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au " Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY: **JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: ______________________

Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**

PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**

DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.

DEFENDANT,

## SUMMONS PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT: **ARON FISCHER**
**1133 AVENUE OF AMERICAS**
**NEW YORK, NY 10036**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos , sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l 'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saiais par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au " Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY: **JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: ______________________

Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**

PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**

DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.

DEFENDANT,

**SUMMONS PERSONAL SERVICE ON A NATURAL PERSON**

TO DEFENDANT: **TIMOTHY ALAN WATERS**
**1133 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10036**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos , sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l 'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saiais par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au " Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY: **JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: ______________________

Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**

PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**

DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.

DEFENDANT,

## SUMMONS PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT: **GEOFFREY POTTER**
**1133 AVENUE OF AMERICAS**
**NEW YORK, NY 10036**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos , sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l 'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saiais par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au " Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY: **JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: ______________________

Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**
PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**
DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.
DEFENDANT,

**SUMMONS**

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **PATTERSON BELKNAPP WEBB AND TYLER LLP A NEW YORK LIMITED LIABILITY PARTNERSHIP 1133 AVENUE OF AMERICAS NEW YORK, NY 10036-6710**

Each defendant is hereby required to serve written defenses to said complaint on plaintiff's attorney(s), whose address is

**JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**

PAM CHILDERS
CLERK OF THE CIRCUIT COURT

By: [signature]
Deputy Clerk

CLERK OF THE CIRCUIT COURT ESCAMBIA COUNTY, FLORIDA

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**
PLAINTIFF,

Vs.

CASE NO: **2024 CA 001164**
DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.
DEFENDANT,

**SUMMONS**

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **GILEAD SCIENCES IRELAND UC IDA BUSINESS & TECHNOLOGY PARK CARRIGTOHILL, FF**

Each defendant is hereby required to serve written defenses to said complaint on plaintiff's attorney(s), whose address is

**JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**

PAM CHILDERS
CLERK OF THE CIRCUIT COURT

By: [signature]
Deputy Clerk

CLERK OF THE CIRCUIT COURT ESCAMBIA COUNTY, FLORIDA

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**JOHN D LEVITAN SR**
PLAINTIFF,
Vs.

CASE NO: **2024 CA 001164**
DIVISION: **N-CIVIL**

**GILEAD SCIENCES INC** ,et al.
DEFENDANT,

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **GILEAD SCIENCES INC 333 LAKESIDE DRIVE FOSTER CITY, CA 94404**

Each defendant is hereby required to serve written defenses to said complaint on plaintiff's attorney(s), whose address is

**JOHN D LEVITAN SR**
**511 WINDROSE CIRCLE**
**PENSACOLA, FL 32507**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **5th day of September, 2024**
PAM CHILDERS
CLERK OF THE CIRCUIT COURT
By: [signature]
Deputy Clerk

CLERK OF THE CIRCUIT COURT ESCAMBIA COUNTY, FLORIDA

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**Plaintiff / Petitioner:**
JOHN D LEVITAN SR
**Defendant / Respondent:**
GILEAD SCIENCES INC, et al.

**AFFIDAVIT OF SERVICE**

**CASE NO: 2024 CA 001164**

STATE OF NEW YORK )
)SS:
COUNTY OF RICHMOND )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Sep 16 2024 AT 12:24 PM AT 1133 AVENUE OF AMERICAS, NEW YORK, NY 10036 deponent served the within SUMMONS PERSONAL SERVICE ON A NATURAL PERSON, COMPLAINT WITH ATTACHMENTS AND AFFIRMATION OF SERVICE UPON JOHN LEVITAN bearing CASE NO: 2024 CA 001164 upon ARON FISCHER.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to ________________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Leonor Carvajal-Donohue a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said recipient at the above service address of ________________, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on ________________.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60 Skin Color: Caucasian Gender: Female Weight: 200+
Height: 5'6" Hair: Gray Eyes: Relationship: Assistant Managing Clerk/ Authorized to Accept Service

Other ________________

Sworn to before me on *September 17, 2024*

[signature]
Joseph Donovan-License #1292936-DCA

[signature]
Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

SUBPOENA SERVED
101 CRAWFORDS CORNER ROAD
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733
Telephone No.: 609.619.2330

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**Plaintiff / Petitioner:**
JOHN D LEVITAN SR
**Defendant / Respondent:**
GILEAD SCIENCES INC, et al.

# AFFIDAVIT OF SERVICE

CASE NO: 2024 CA 001164

STATE OF NEW YORK )
)SS:
COUNTY OF RICMOND )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Sep 16 2024 AT 12:24 PM AT 1133 AVENUE OF AMERICAS, NEW YORK, NY 10036 deponent served the within SUMMONS PERSONAL SERVICE ON A NATURAL PERSON, COMPLAINT WITH ATTACHMENTS AND AFFIRMATION OF SERVICE UPON JOHN LEVITAN bearing CASE NO: 2024 CA 001164 upon GEOFFREY POTTER.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to ________________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Leonor Carvajal-Donohue a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said recipient at the above service address of ________________, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on ________________.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 60 | Skin Color: Caucasian | Gender: Female | Weight: 200+ |
| Height: 5'6" | Hair: Gray | Eyes: | Relationship: Assistant Managing Clerk/ Authorized to Accept Service |

Other ________________

Sworn to before me on September 17, 2024

[signature]
Joseph Donovan-License #1292936-DCA

[signature]
Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

SUBPOENA SERVED
101 CRAWFORDS CORNER ROAD
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733
Telephone No.: 609.619.2330

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**Plaintiff / Petitioner:**
JOHN D LEVITAN SR
**Defendant / Respondent:**
GILEAD SCIENCES INC, et al.

## AFFIDAVIT OF SERVICE

**CASE NO: 2024 CA 001164**

STATE OF NEW YORK )
)SS:
COUNTY OF RICHMOND )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Sep 16 2024 AT 12:24 PM AT 1133 AVENUE OF AMERICAS, NEW YORK, NY 10036 deponent served the within SUMMONS PERSONAL SERVICE ON A NATURAL PERSON, COMPLAINT WITH ATTACHMENTS AND AFFIRMATION OF SERVICE UPON JOHN LEVITAN bearing CASE NO: 2024 CA 001164 upon JOSHUA STEIN.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to ________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Leonor Carvajal-Donohue a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said recipient at the above service address of ________, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on ________.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60 Skin Color: Caucasian Gender: Female Weight: 200+
Height: 5'6" Hair: Gray Eyes: Relationship: Assistant Managing Clerk/ Authorized to Accept Service

Other ________

Sworn to before me on September 17, 2024

Joseph Donovan-License #1292936-DCA

Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

SUBPOENA SERVED
101 CRAWFORDS CORNER ROAD
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733
Telephone No.: 609.619.2330

Case 3:24-cv-00475-MCR-ZCB Document 1-1 Filed 10/03/24 Page 44 of 46

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**Plaintiff / Petitioner:**
JOHN D LEVITAN SR
**Defendant / Respondent:**
GILEAD SCIENCES INC, et al.

## AFFIDAVIT OF SERVICE

**CASE NO: 2024 CA 001164**

STATE OF NEW YORK )
)SS:
COUNTY OF RICHMOND )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Sep 16 2024 AT 12:24 PM AT 1133 AVENUE OF AMERICAS, NEW YORK, NY 10036 deponent served the within SUMMONS, COMPLAINT WITH ATTACHMENTS AND AFFIRMATION OF SERVICE UPON JOHN LEVITAN bearing CASE NO: 2024 CA 001164 upon PATTERSON BELKNAPP WEBB AND TYLER LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Partnership:** a defendant, therein named, by delivering a true copy of each to Leonor Carvajal-Donohue personally, deponent knew said partnership so served to be the partnership described, and knew said individual to be Assistant Managing Clerk/ Authorized to Accept Service; thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to __________ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, __________, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on __________.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60 Skin Color: Caucasian Gender: Female Weight: 200+
Height: 5'6" Hair: Gray Eyes: Relationship: Assistant Managing Clerk/ Authorized to Accept Service

Other __________

Sworn to before me on *September 17, 2024*

[signature] [signature]

Joseph Donovan-License #1292936-DCA

Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

SUBPOENA SERVED
101 CRAWFORDS CORNER ROAD
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733
Telephone No.: 609.619.2330

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**Plaintiff / Petitioner:**
JOHN D LEVITAN SR
**Defendant / Respondent:**
GILEAD SCIENCES INC, et al.

**AFFIDAVIT OF SERVICE**

**CASE NO: 2024 CA 001164**

STATE OF NEW YORK )
)SS:
COUNTY OF RICHMOND )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Sep 16 2024 AT 12:24 PM AT 1133 AVENUE OF AMERICAS, NEW YORK, NY 10036 deponent served the within SUMMONS PERSONAL SERVICE ON A NATURAL PERSON, COMPLAINT WITH ATTACHMENTS AND AFFIRMATION OF SERVICE UPON JOHN LEVITAN bearing CASE NO: 2024 CA 001164 upon THOMAS P KURLAND.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to ______________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Leonor Carvajal-Donohue a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said recipient at the above service address of ______________, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on ______________.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60 Skin Color: Caucasian Gender: Female Weight: 200+
Height: 5'6" Hair: Gray Eyes: Relationship: Assistant Managing Clerk/ Authorized to Accept Service

Other ______________

Sworn to before me on September 17, 2024

Joseph Donovan-License #1292936-DCA

Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

SUBPOENA SERVED
101 CRAWFORDS CORNER ROAD
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733
Telephone No.: 609.619.2330

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**Plaintiff / Petitioner:**
JOHN D LEVITAN SR
**Defendant / Respondent:**
GILEAD SCIENCES INC, et al.

**AFFIDAVIT OF SERVICE**

**CASE NO: 2024 CA 001164**

STATE OF NEW YORK )
)SS:
COUNTY OF RICHMOND )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Sep 16 2024 AT 12:24 PM AT 1133 AVENUE OF AMERICAS, NEW YORK, NY 10036 deponent served the within SUMMONS PERSONAL SERVICE ON A NATURAL PERSON, COMPLAINT WITH ATTACHMENTS AND AFFIRMATION OF SERVICE UPON JOHN LEVITAN bearing CASE NO: 2024 CA 001164 upon TIMOTHY ALAN WATERS.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to ________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Leonor Carvajal-Donohue a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said recipient at the above service address of ________, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on ________.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60 Skin Color: Caucasian Gender: Female Weight: 200+
Height: 5'6" Hair: Gray Eyes: Relationship: Assistant Managing Clerk/ Authorized to Accept Service

Other

Sworn to before me on September 17, 2024

Joseph Donovan-License #1292936-DCA

Notary Public

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6210234
Qualified in Richmond County
Commission Expires 08-10-2025

SUBPOENA SERVED
101 CRAWFORDS CORNER ROAD
SUITE 3-102R
HOLMDEL, NEW JERSEY 07733
Telephone No.: 609.619.2330