UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN D. LEVITAN, SR.,

    Plaintiff,

vs.                                  Case No.:  3:24-cv-475/MCR/ZCB

GILEAD SCIENCES, INC., et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 12, 2024.  (Doc. 21).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 21) is adopted and incorporated by reference in this order.

2.    The Plaintiff's Motion to Remand to State Court, (Doc. 7), is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 31ˢᵗ day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**